UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIS ARMANDO MILLER,**

    **Plaintiff,**

v.                                                                   Case No.  **5:24-cv-46-TKW/MJF**

**GRACEVILLE CORRECTIONAL FACILITY,**

    **Defendant.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this action should be dismissed for failure to comply with court orders, failure to pay the filing fee, and failure to prosecute.  Accordingly, it is

**ORDERED** that:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.   This action is **DISMISSED** without prejudice.

3.   The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 10th day of June, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**